# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Head, Jr., Hayden W. | U.S. District Court, Southern District of Texas | 6/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

U.S. District Courthouse
1133 N. Shoreline Blvd
Corpus Christi, TX 78401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Farm Leasing Agent | Family Farm, Grayson county, Texas |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Head, Jr., Hayden W. | 6/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA-Herndon Plant Oakley (H) | | | | | | | | | |
| 2. | -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | L | T | | | | | |
| 3. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 4. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 01/30/15 | J | | |
| 5. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 02/27/15 | J | | |
| 6. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 03/31/15 | J | | |
| 7. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 04/30/15 | J | | |
| 8. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 05/29/15 | J | | |
| 9. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 06/30/15 | J | | |
| 10. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 07/31/15 | J | | |
| 11. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 08/31/15 | J | | |
| 12. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 09/30/15 | J | | |
| 13. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 10/30/15 | J | | |
| 14. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 11/30/15 | J | | |
| 15. | -Blackrock Enhanced Equity Dividend Trusts | A | Dividend | | | Merged (with line 3) | 12/31/15 | J | | |
| 16. | Herndon Plant Oakley Brokerage Account (H) | | | | | | | | | |
| 17. | -Wells Fargo Sweep Account fka Prime Money Market Fund | A | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -U.S. Treasury Bond, due 1/15/21 | C | Int./Div. | L | T | | | | | |
| 19. -Ford Motor Company 638 shares | A | Int./Div. | J | T | | | | | |
| 20. -Blackrock Muni 2020 Term Trust | A | Int./Div. | K | T | Buy | 02/18/15 | K | | |
| 21. -Pimco Municipal Income Fund II | B | Int./Div. | K | T | Buy | 02/18/15 | K | | |
| 22. -Ishares ETF IYLD | B | Int./Div. | K | T | Buy | 02/17/15 | K | | |
| 23. -Newmont Mining Corp New | A | Int./Div. | J | T | Buy | 02/17/15 | J | | |
| 24. Canadian Maple Leaf Coins-Amercian Bank | | None | K | T | Buy | 02/19/15 | K | | |
| 25. -Doubline FDS Tr Low Duration BD FD CLN | C | Int./Div. | M | T | Buy (add'l) | 12/31/15 | M | | |
| 26. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 01/02/15 | J | | |
| 27. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 02/02/15 | J | | |
| 28. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 03/03/15 | J | | |
| 29. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 04/01/15 | J | | |
| 30. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 05/01/15 | J | | |
| 31. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 06/03/15 | J | | |
| 32. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 07/01/15 | J | | |
| 33. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 08/03/15 | J | | |
| 34. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 09/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 10/01/15 | J | | |
| 36. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 11/02/15 | J | | |
| 37. -Doubline FDS Tr Low Duration BD FD CLN | A | Int./Div. | | | Merged (with line 25) | 12/01/15 | J | | |
| 38. Herndon Plant Oakley Brokerage Account (H) | | | | | | | | | |
| 39. -Wells Fargo Sweep Account | A | Int./Div. | J | T | | | | | |
| 40. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | J | U | Buy (add'l) | 12/31/15 | J | | |
| 41. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | | | Merged (with line 40) | 02/27/15 | J | | |
| 42. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | | | Merged (with line 40) | 05/29/15 | J | | |
| 43. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | | | Merged (with line 40) | 08/28/15 | J | | |
| 44. -Sunoco LP (FKA Susser Petroleum Partners, LP) | A | Distribution | | | Merged (with line 40) | 11/27/15 | J | | |
| 45. The GMS Group LLC (H) | | | | | | | | | |
| 46. -Harris Cnty Tex Mun Util | A | Int./Div. | K | T | Buy | 07/06/15 | K | | |
| 47. American Bank Accounts, Corpus Christi TX | A | Int./Div. | K | T | | | | | |
| 48. Becks Prime Boc Ltd, Partnership Unit | | None | J | U | | | | | |
| 49. (Becks)Dairy-Ashford /I-10 SE, Ltd Partnership Unit | B | Distribution | J | U | | | | | |
| 50. Transamerica Occidental; Univeral Life Ins Policy | C | Int./Div. | L | T | | | | | |
| 51. Overridding Royalty Int, Nueces Co, Tx & Borden Co. TX | A | Royalty | J | W | | | | | See VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Farm, Grayson Co, Texas | A | Rent | L | W | | | | | See VIII |
| 53. Genworth Life and Annuity Insurance (formerly First Colony) | A | Int./Div. | J | T | | | | | |
| 54. 401(k) Div Inv Var Fund Diversivide Inv Advisor | B | Dividend | K | T | | | | | |
| 55. Navy/Army FCU, Corpus Christi TX (X) | B | Int./Div. | L | T | | | | | See VIII |
| 56. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following notes apply to Section VII. Investments and Trusts, Item #

line 51  Production is sold by Sunoco Partners Marketing & Terminals L.P.

Line 52   96 acres are valued at $2,000 per acre based on prior sale.

Line 55 This is the separate property of the Judge's spouse.

| Name of Person Reporting | Date of Report |
|---|---|
| Head, Jr., Hayden W. | 6/13/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Hayden W. Head, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544